# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:25-mj-190-ScR
Apple iPhone 15, Currently Located At Hickory )
Police Department, 347 2nd Ave SW, Hickory, )
NC 28602 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A to the Affidavit, which is incorporated herein by reference,

located in the \_\_\_\_Western\_\_\_\_ District of \_\_\_\_North Carolina\_\_\_\_ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B to the Affidavit, which is incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

The application is based on these facts:
See Affidavit, which is incorporated herein by reference.

- ☒ Continued on the attached sheet.
- ☐ Delayed notice _____ days (give exact ending date if more than 30 _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

S.A. Jared Schaefer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 15, 2025

_____
*Judge's signature*

City and state: Charlotte, North Carolina

Honorable Susan C. Rodriguez, United States Magistrate Judge
*Printed name and title*